IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

THOMAS GRADY                                                                                      PLAINTIFF
#4689-11

V.                                    NO: 4:11CV00687 DPM/HDY

PARKER *et al.*                                                                                  DEFENDANTS

## ORDER

On September 16, 2011, the Court ordered Plaintiff to file a signed copy of the signature page of his complaint, and to provide his Arkansas Department of Correction ("ADC") number, if he has one (docket entry #3). Plaintiff has now filed a signed copy of the signature page (docket entry #5), but has not provided his ADC number. Plaintiff remains responsible for providing his ADC number as previously ordered, or to provide a statement advising the Court that he has no ADC number, if he has none.

IT IS SO ORDERED this   23   day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE