UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THOMAS GRADY
#4689-11                                                                                      PLAINTIFF

v.                                  No. 4:11-cv-687-DPM

PAKER, Sergeant, Pulaski County
Regional Detention Facility; and I. HALL
Classification Representative, Pulaski
County Regional Detention Facility                                      DEFENDANTS

JUDGMENT

Thomas Grady's complaint is dismissed without prejudice. An *in forma pauperis* appeal from this Judgment and the related Order would not be taken in good faith.

_____
D.P. Marshall Jr.
United States District Judge

14 October 2011